United States District Court
Southern District of Texas
**ENTERED**
November 01, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Jesse Tirado Lopez, | § | |
| Petitioner, | § | |
| versus | § | Civil Action H-17-0089 |
| Lorie Davis, | § | |
| Respondent. | § | |

## Order of Adoption

On September 26, 2017, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (19). No party filed objections. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Lopez's petition for writ of habeas corpus is denied with prejudice.

Signed ~~October~~ November 1, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge